Rieu Kim
BARUN LAW LLC
rieu.kim@barunlaw.com
Barun Law Building, 92 gil 7, Teheran-ro
Gangnam-gu, Seoul 06181 Korea
Telephone:  +82-2-3479-5768
Facsimile:  +82-2-538-8635

*Counsel for Plaintiffs Sun Mi Jung
and Yaewon Lim*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL 2672 CRB (JSC) |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)** |
| *Jung et al.* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:15-cv-06119-CRB | The Honorable Charles R. Breyer |

SULLIVAN & CROMWELL LLP

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)
MDL NO. 2672 CRB (JSC)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Sun Mi Jung and Yaewon Lim hereby voluntarily dismiss the Complaint in the above-listed action (Case No. 3:15-cv-06119-CRB, ECF No. 1).

Dated:    May 21, 2021

Respectfully submitted,

 /s/ Rieu Kim
Rieu Kim
BARUN LAW LLC
rieu.kim@barunlaw.com
Barun Law Building, 92 gil 7, Teheran-ro
Gangnam-gu, Seoul 06181 Korea
Telephone:  +82-2-3479-5768
Facsimile:  +82-2-538-8635

*Counsel for Plaintiffs Sun Mi Jung
and Yaewon Lim*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.


*/s/ William B. Monahan*
William B. Monahan

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:    May 21, 2021

*/s/ William B. Monahan*
William B. Monahan